**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re:   Geraldine D. Evans          )          08 B 27705
                                     )
         Debtor(s),                  )          Judge Pamela S. Hollis

**ORDER CONFIRMING CHAPTER 13 PLAN
WITH DEFAULT BAR PROVISION**

The plan under Chapter 13 of the Bankruptcy Code, filed by the debtor(s) on October 15, 2008, (as modified by the amendment filed on ___2-7-9___) having been found by the court to comply with the provisions of 11 USC §1325, THE PLAN IS HEREBY CONFIRMED,

Furthermore should this case be dismissed, the debtor(s) shall be barred from filing a subsequent case under Title 11 for a period of 180 days from the date the dismissal of this case becomes effective, and

Notwithstanding any provision of the plan to the contrary, all property of the estate, as specified by 11 U.S.C. §§541 and 1306, shall continue to be property of the estate following confirmation.

Dated: 2-9-09

Pamela S. Hollis
US Bankruptcy Judge

Non-Binding plan Summary:

| Monthly Pmt | Term | Est. UNS% |
|---|---|---|
| $1,075.00 | 36 | 100% |

Office of the Chapter 13 Trustee
Marilyn O Marshall
224 S Michigan
Suite 800
Chicago, IL 60604
(312) 431-1300