# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**Honorable** Pamela S. Hollis        **Hearing Date** October 21, 2009

**Bankruptcy Case No.** 08 B 27705        **Adversary No.**

**Title of Case** Geraldine D. Evans

**Brief Statement of Motion**  Motion for relief from stay by CitiMortgage, Inc..

**Names and Addresses of moving counsel**

**Representing**

## ORDER

IT IS HEREBY ORDERED that the order of October 19, 2009, dismissing the above motion for want of prosecution is vacated. The motion for relief from the stay by CitiMortgage, Inc. is hereby denied for want of prosecution.

*/s/ Pamela S. Hollis*

cc: Steven R. Rappin (electronic service)

6/11/99