IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                            Chapter 13

   GERALDINE D. EVANS,                            Case No. 08 B 27705

           Debtor.                                Honorable Pamela S. Hollis

### ORDER VACATING ORDER Denying Motion For Relief From STAY ENTERED ON October 21, 2009

This cause coming on to be heard upon the Motion to Vacate Order Denying Motion For Relief From stay entered on October 21, 2009, for failure to appear filed by CITIFINANCIAL NORTH AMERICA due notice having been given to all parties entitled thereto, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that the order Denying Motion for Relief From stay entered on October 21, 2009, for failure to appear is hereby vacated.

DATED: 2 NOV 2009

ENTER:

_____
Bankruptcy Judge

HAUSELMAN, RAPPIN & OLSWANG, LTD.
39 South LaSalle Street
Chicago, Illinois 60603