**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 08 B 27705 |
| Geraldine Evans, ) | HON.  HOLLIS |
| ) | CHAPTER 13 |
| DEBTOR. ) | |
| ) | |

**NOTICE OF MOTION**

To:  Marilyn Marshall, 224 S. Michigan, Suite 800, Chicago, IL 60604 via electronic court notification; and

Steven R Rappin, Hauselman & Rappin Ltd., Attorney representing CitiMortgage, Inc. 39, South Lasalle Street, Chicago, IL 60603 via facsimile 312 372-0404; and

See attached Service List.

Please take notice that on December 7, 2009 at 9:30 a.m., I shall appear before the Honorable Hollis in Courtroom 644 in the Federal Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached motion to vacate order dismissing case and you may appear if you so choose.

**PROOF OF SERVICE**

The undersigned, an attorney, certifies that he mailed a copy of this notice and motion to the Chapter 13 Trustee via electronic court notification, to the above named addressed via facsimile and to the attached service list via U.S. Mail with postage prepaid from the mail chute located at 20 S. Clark St., 28th Floor, Chicago, IL 60603 on December 2, 2009.


*/s/Adam L. Holguin*
Attorney for Debtor

Robert J. Semrad & Associates
20 S. Clark St.
28th Floor
Chicago, IL 60603
(312) 913-0625

**Transmission Report**

| | | | |
|---|---|---|---|
| Date/Time | 12-02-2009  01:44:32 p.m. | Transmit Header Text | |
| Local ID 1 | 12 | Local Name 1 | |
| Local ID 2 | | Local Name 2 | |

# This document : Confirmed
## (reduced sample and details below)
## Document size : 8.5"x11"

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
) CASE NO. 08 B 27705
Geraldine Evans, ) HON. HOLLIS
) CHAPTER 13
DEBTOR. )
)

### NOTICE OF MOTION

To: Marilyn Marshall, 224 S. Michigan, Suite 800, Chicago, IL 60604 via electronic court notification; and

Steven R Rappin, Hauselman & Rappin Ltd., Attorney representing CitiMortgage, Inc. 39, South Lasalle Street, Chicago, IL 60603 via facsimile 312 372-0404; and

See attached Service List.

Please take notice that on December 7, 2009 at 9:30 a.m., I shall appear before the Honorable Hollis in Courtroom 644 in the Federal Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached motion to vacate order dismissing case and you may appear if you so choose.

### PROOF OF SERVICE

The undersigned, an attorney, certifies that he mailed a copy of this notice and motion to the Chapter 13 Trustee via electronic court notification, to the above named addressed via facsimile and to the attached service list via U.S. Mail with postage prepaid from the mail chute located at 20 S. Clark St., 28th Floor, Chicago, IL 60603 on December 2, 2009.

*/s/Adam L. Holguin*
Attorney for Debtor

Robert J. Semrad & Associates
20 S. Clark St.
28th Floor
Chicago, IL 60603
(312) 913-0625

Total Pages Scanned : 4        Total Pages Confirmed : 4

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 481 | 913123720404 | 01:43:10 p.m. 12-02-2009 | 00:00:40 | 4/4 | 1 | EC | HS | CP26400 |

Abbreviations:
HS: Host send         PL: Polled local        MP: Mailbox print      TU: Terminated by user
HR: Host receive      PR: Polled remote       CP: Completed          TS: Terminated by system      G3: Group 3
WS: Waiting send      MS: Mailbox save        FA: Fail               RP: Report                    EC: Error Correct

```
Label Matrix for local noticing          U.S. Bankruptcy Court                 Amer Rec Sys
0752-1                                    Eastern Division                      8501 W Higgins Rd Suite 780
Case 08-27705                             219 S Dearborn                        Chicago, IL 60631-2801
Northern District of Illinois             7th Floor
Chicago                                   Chicago, IL 60604-1702
Wed Dec  2 12:40:18 CST 2009

Asset Acceptance LLC                      Bank One-ohio                         Bell West Cu
ASSIGNEE/NICOR                            201 N Walnut St                       3060 S Wolf Rd
P O Box 2036                              Wilmington, DE 19801-2920             Westchester, IL 60154-5622
Warren MI 48090-2036


Capital 1 Bk                              Cba                                   Cfmc
11013 W Broad St                          25954 Eden Landing First Floor        4050 Regent Blvd Mail Stop N1b-175
Glen Allen, VA 23060-5937                 Hayward, CA 94545-3899                Irving, TX 75063-2246


Chase Na                                  Citifinancial Mortgage                Collection
800 Brooksedge Blv                        3232 W Royal Ln                       700 Longwater Driv
Westerville, OH 43081-2822                Irving, TX 75063-3105                 Norwell, MA 02061-1796


Collection Co America                     Creditors Alliance Inc                Debt Credit Services
700 Longwater Dr                          Po Box 1288                           2493 Romig Rd
Norwell, MA 02061-1796                    Bloomington, IL 61702-1288            Akron, OH 44320-4109


Dependon Collection Se                    First Premier Bank                    Fisher & Shapiro
7627 W Lake St 210                        601 S Minnesota Ave                   4201 Lake Cook Rd.
River Forest, IL 60305-1878               Sioux Falls, SD 57104-4868            Northbrook, IL 60062-1060


HSBC Bank Nevada and its Assigns          Household Bank                        Hsbc/bstby
by eCAST Settlement Corporation           90 Christiana Rd                      Pob 15521
as its agent                              New Castle, DE 19720-3187             Wilmington, DE 19850-5521
POB 35480
Newark NJ 07193-5480


Hsbc/carsn                                Hsbc/menards                          Midwest Verizon Wireless
Pob 15521                                 Pob 15521                             PO Box 3397
Wilmington, DE 19850-5521                 Wilmington, DE 19850-5521             Bloomington, IL 61702-3397


Nicor Gas                                 Premier BankCard/Charter              United States Department of Education
1844 Ferry Road                           Post Office Box 2208                  Direct Loan Servicing Center
Naperville, IL 60563-9600                 Vacaville, CA 95696-8208              P.O. Box 5609
                                                                                Greenville, TX 75403-5609


(p)U S DEPARTMENT OF EDUCATION            Verizon                               Zenith Acquisition
P O BOX 5609                              1515 Woodfield Rd Suite 1400          220 John Glenn Dr # 1
GREENVILLE TX 75403-5609                  Schaumburg, IL 60173-5497             Amherst, NY 14228-2228
```

```
eCAST Settlement Corporation      Adam L Holguin                        Craig Z Black
POB 35480                         Robert J. Semrad and Associates       Robert J  Semrad & Associates
Newark NJ 07193-5480              20 S. Clark                           20 S Clark
                                  28th Floor                            28th Floor
                                  Chicago, IL 60603-1802                Chicago, IL 60603-1802


Elizabeth Placek                  Geraldine D Evans                     Marilyn O Marshall
Robert J. Semrad & Associates     15830 S Campbell Ave                  224 South Michigan Ste 800
20 S. Clark                       Harvey, IL 60426-2850                 Chicago, IL 60604-2503
28th Floor
Chicago, IL 60603-1802


Mehul D Desai                     William T Neary
Robert J Semrad & Associates      Office of the U.S. Trustee, Region 11
20 S. Clark, 28th Floor           219 S Dearborn St
Chicago, IL 60603-1802            Room 873
                                  Chicago, IL 60604-1702
```

             The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
             by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
Us Dept Of Education
501 Bleecker St
Utica, NY 13501
```


             The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


```
(u)CitiMortgage, Inc.             (u)eCAST Settlement Corporation       End of Label Matrix
                                                                        Mailable recipients    37
                                                                        Bypassed recipients     2
                                                                        Total                  39
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 08 B 27705 |
| Geraldine Evans, ) | HON. HOLLIS |
| ) | CHAPTER 13 |
| DEBTOR. ) | |
| ) | |

**Motion of Debtor to Vacate Order Dismissing Case**

NOW COMES the Debtor, Geraldine Evans, by and through Debtor's attorneys, Robert J. Semrad & Associates, and hereby moves this Honorable Court to vacate the order entered on November 30, 2009, dismissing the Debtor's Chapter 13 case and states the following:

1. That the Debtor filed the above captioned voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

2. That this Court has jurisdiction over this proceeding pursuant to 28 U.S.C §1334 & 157.  This is a core proceeding pursuant to 28 U.S.C. §157.

3. That the Debtor requests this motion be heard on shortened notice.

4. That the Debtor has not converted the Chapter 13 case to a Chapter 7 case.

5. That on November 30, 2009, this Court entered an Order Dismissing Case for failure to make plan payments.

6. That the Debtor has now tendered counsel certified funds in the amount of $5,375.00 which makes her substantially current.

7. That the Debtor wishes to proceed and vacate the dismissal at this time.

8. That the foregoing constitutes sufficient grounds for this Court to enter an Order vacating the previous Order Dismissing Case for the purpose of receiving a discharge.

WHEREFORE, Geraldine Evans, Debtor, respectfully requests this Honorable Court to enter an Order (a) vacating the Order Dismissing Case; and (b) for such other and further relief as this Court deems fair and just.

Respectfully submitted,

*/s/ Adam L. Holguin*
Attorney for the Debtor

Robert J. Semrad & Associates
20 S. Clark St.
28th Floor
Chicago, IL 60603
(312) 913-0625