# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**Honorable** Pamela S. Hollis    **Date** December 7, 2009

**Bankruptcy Case No.** 08 B 27705    **Adversary No.**

**Title of Case** Geraldine D. Evans

**Brief Statement of Motion** Motion to vacate order of dismissal by Debtor.

**Names and Addresses of moving counsel**

**Representing**

## ORDER

Leave given Creditor to file a response on or before January 4, 2010.

Debtor's reply is due on or before January 25, 2010.

*/s/ Pamela S. Hollis*